UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIMON GORODNITSKY,

                            Plaintiff,

        -against-

HOME DEPOT U.S.A., INC.,

                           Defendant.
-----------------------------------------------------------------X

**24 Civ. No. 9903 (VSB) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, May 28, 2025 at 11:00 a.m.** Counsel are directed to submit a joint status letter no later than **Friday, May 23, 2025** advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [255 616 815 851]  Passcode: [6dW2e6Dt]**

      **SO ORDERED.**

DATED:    New York, New York
               February 4, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge