UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SIMON GORODNITSKY,

                                 Plaintiff,                       24 Civ. No. 9903 (VSB) (GS)

        -against-

                                                                    **ORDER**

HOME DEPOT U.S.A., INC.,

                                 Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       On August 12, 2025, Defendant Home Depot U.S.A., Inc. submitted proposed orders for the Court's signature directing compliance with two subpoenas it intends to serve on nonparty witnesses pursuant to Fed. R. Civ. P. 45.  (Dkt. No. 22).  Defendant submitted no letter explaining why it was seeking court approval for these nonparty subpoenas, and to the Court's knowledge, no such approval is necessary.  *See, e.g.*, *Ireh v. Nassau Univ. Med. Ctr.*, No. 06 Civ. 9 (LDW) (AKT), 2008 WL 4283344, at *2 (E.D.N.Y. Sept. 17, 2008) ("Defendants' counsel is not required by the Federal Rules to obtain permission from the Court before issuing or serving a subpoena on a non-party."); *see also* Fed. R. Civ. P. 45(a)(4) ("An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.").  Accordingly, the Court does not intend to act on Defendant's requests.

       SO ORDERED.

DATED:    New York, New York
               September 2, 2025

                                                              _____
                                                               The Honorable Gary Stein
                                                                United States Magistrate Judge