# FREKHTMAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
60 BAY 26TH STREET
BROOKLYN, NEW YORK 11214
T:(718) 331-7700
F:(718)-232-7967
michael@866attylaw.com

October 4, 2025

**MEMO ENDORSED**

*Via PACER ECF*
*Att: Hon. Gary Stein*
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:      GORODNITSKY, SIMON v. HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT
              Civil Action No.: 1:24-cv-09903-VSB-GS

Dear Your Honor,

      This office represents the Plaintiff in the above-captioned matter. As this Honorable Court is aware, the Fact Discovery Completion Date in this matter is November 10, 2025. Pursuant to the parties' joint letter, it was agreed that defendant's deposition be held within two weeks of plaintiff's deposition date of October 22, 2025. Please be advised that plaintiff appeared for his Court Ordered deposition.

      Yesterday evening, defense counsel informed the undersigned that defendant is available to be deposed on November 4, 5, and 6. However, to date, defense counsel has failed to serve responses to all of the plaintiff's discovery demands, despite numerous good faith emails and telephone attempts. Accordingly, the plaintiff is hereby requesting that a discovery conference be set addressing this issue. Furthermore, yesterday I was also informed by defense counsel that the responses will be provided later today, however that isn't sufficient time for the undersigned to prepare to conduct the deposition of the defendant and due to the following busy scheduled - deposition tomorrow, November 5, 2025, followed by a settlement conference in the afternoon; deposition of two plaintiffs scheduled for Thursday, November 6, 2025 that must go forward as per last Court Order; a mediation on Friday November 7, 2025.

      Alternatively, the plaintiff is hereby requesting that fact discovery be adjourned three weeks, allowing the defendant to provide discovery and for plaintiff to adequately prepare and conduct said deposition. Should the Court grant this request, it is hereby requested that Fact Discovery Completion deadline be adjourned to December 1, 2025, and Expert Discovery completion deadline to January 19, 2025.

      Alternatively, should the Court not grant the relief, the undersigned is respectfully requesting permission to file a motion to preclude pursuant to FRCP 37(c).

   Kindly note, that this is the plaintiff's first request for the within relief. The parties jointly previously requested an extension of deadlines. Thank you for the opportunity to correspond with Your Honor.

                  Respectfully yours,

                  Michael Roitman, Esq.

MR/mr
Enc.: None

cc:
VIA PACER ECF
Patrick A. Dougherty, Esq.
**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
*Attorneys for Defendant*
**HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT**
600 Third Avenue
New York, New York 10016
Tel: (212) 593-6539

Application granted. Fact discovery shall be completed by no later than December 1, 2025. Expert discovery shall be completed by no later than January 19, 2026. Defendant is reminded that failure to comply with valid discovery requests may result in sanctions. SO ORDERED.

Date: November 5, 2025
    New York, NY

Gary Stein
United States Magistate Judge
Southern District of New York