**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
SIMON GORODNITSKY,

                      Plaintiff,

           -against-

HOME DEPOT U.S.A., INC.,

                   Defendant.
-------------------------------------------------------------------------X

**24 Civ. No. 9903 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On April 3, 2026, the Court granted Plaintiff leave to file an amended complaint naming Garden State Growers, LLC as a defendant, and directed that the amended complaint be filed by no later than April 14, 2026.  (Dkt. No. 38).  Plaintiff filed the amended complaint on April 12, 2026 (Dkt. No. 40), but the Clerk's office found the filing to be deficient and directed Plaintiff to re-file the pleading (Docket Entry dated 4/13/26).  As of today, Plaintiff has not re-filed his proposed amended complaint.  He is directed to do so by no later than Friday, April 17, 2026.

      **SO ORDERED.**

DATED:     New York, New York
           April 16, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge