**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SIMON GORODNITSKY,

                      Plaintiff,

            -against-

HOME DEPOT U.S.A., INC., *doing business as*, THE HOME DEPOT, *et al.*,

                    Defendants.
-------------------------------------------------------------------X

**24 Civ. No. 9903 (VSB) (GS)**

**CASE MANAGEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Case Management Conference on **Tuesday, July 7, 2026 at 12:00 p.m.**  The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time.  Due to the addition of Garden State Growers, LLC, to this action, counsel are directed to file an updated joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference.  **Join the meeting now** **[Meeting ID: 215 106 802 486 678] [Passcode: me9ZM6xb]**

       SO ORDERED.

DATED:    New York, New York
           June 8, 2026

                            _____
                            The Honorable Gary Stein
                            United States Magistrate Judge